IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**HENRY TOWNSEND, JR.,**

    **Plaintiff,**

v.                                           Case No. 1:21-cv-167-AW-GRJ

**SEC'Y, DEP'T OF VETERANS AFFAIRS,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's Report and Recommendation, ECF No. 20, to which there has been no objection. I have determined the Report and Recommendation should be adopted, and it is now incorporated into this order.

The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on April 19, 2022.

                                           s/ *Allen Winsor*
                                           United States District Judge